**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CONSTITUTION PIPELINE COMPANY, LLC : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | Case No. <u>1:14-cv-02063-NAM-RFT</u> |
| A PERMANENT EASEMENT FOR 1.80 : | |
| ACRES AND TEMPORARY EASEMENTS : | **Electronically Filed** |
| FOR 1.84 ACRES IN SUMMIT, SCHOHARIE : | |
| COUNTY, NEW YORK, TAX PARCEL : | |
| NUMBER 123.-2-9, : | |
| MICHAEL A. SODOMORA, et al. : | |
| : | |
| Defendants. : | |

## <u>ORDER</u>

AND NOW, this 19th day of February, 2015, upon consideration of Plaintiff's Omnibus

Motion for Preliminary Injunction for Possession of Rights of Way by February 16, 2015

Pursuant to the Natural Gas Act and Federal Rules of Civil Procedure 71.1 and 65, and the

documents and arguments submitted in reference thereto, the Motion is hereby GRANTED and:

(a)    Upon filing the bond required below, beginning February 16, 2015, Plaintiff

Constitution Pipeline Company, LLC ("Constitution") is granted access to, possession of and

entry to the following Rights of Way:

1.    A permanent right of way and easement, containing 1.80 acres, as
described as "Area of Permanent Right of Way" in Exhibit A attached
hereto, for the purpose of constructing, operating, maintaining, altering,
repairing, changing the size of, replacing and removing a pipeline and all
related equipment and appurtenances thereto (including but not limited to
meters, fittings, tie-overs, valves, cathodic protection equipment and
launchers and receivers) for the transportation of  natural gas, or its
byproducts, and other substances as approved by the Federal Energy
Regulatory Commission pursuant to the Natural Gas Act and the Order of
the Federal Energy Regulatory Commission dated December 2, 2014,

Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014); together with all rights and benefits necessary or convenient for the full enjoyment or use of the right of way and easement.  Defendants shall have a right of ingress and egress across the permanent right of way, but Defendants shall not build any  permanent structures on said permanent right of way or any part thereof, shall not change the grade of said permanent right of way, or any part thereof, shall not plant trees on said permanent right of way, or any part thereof, or use said permanent right of way or any part thereof for a road, or use said permanent right of way or any part thereof in such a way as to interfere with Plaintiff's immediate and unimpeded access to said permanent right of way, or otherwise interfere with Plaintiff's lawful exercise of any of the rights herein granted without first having obtained Plaintiff's approval in writing, and Defendants will not permit others to do any of said acts without first having obtained Plaintiff's approval in writing, except that the landowner may construct a single driveway that crosses the permanent right of way perpendicularly after providing reasonable notice to Plaintiff provided that Defendants do not excavate or change the grade of the permanent right of way during construction of said driveway.  Plaintiff shall have the right to cut the driveway if necessary to access the pipeline, but will restore the driveway to its original condition.  Within the permanent right of way, Plaintiff shall also have the right from time to time at no additional cost to Defendants to cut and remove all trees including trees considered as a growing crop, all undergrowth and any other obstructions that may injure, endanger or interfere with the construction and use of said pipeline and all related equipment and appurtenances thereto.

2.    Temporary easements of 1.84 acres, as described as "Area of Temporary Workspace" and "Area of Additional Temporary Workspace" in Exhibit A attached hereto, for use during the pipeline construction and restoration period only for the purpose of ingress, egress and regress and to enter upon, clear off and use for construction and all activities required by the Order of the Federal Energy Regulatory Commission dated December 2, 2014, Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014).

(b)    Constitution shall post a bond in the amount of $12,000.00 as security for the payment of just compensation to Defendants.

(c)    Constitution shall record this Order in the County Clerk's Office of Schoharie County, New York.

IT IS SO ORDERED.

Norman A. Mordue
Senior U.S. District Judge

# EXHIBIT A



NOTES:

1. BEARINGS SHOWN ARE BASED ON NAD 83, UTM ZONE 18N.

2. LENGTH OF PIPELINE . . . . . . . . . . . . . . . . . . . . . . . 1568.40'
   AREA OF PERMANENT RIGHT OF WAY . . . . . . . . . . . . . . 1.80 AC.
   AREA OF TEMPORARY WORKSPACE . . . . . . . . . . . . 1.73 AC.
   AREA OF ADDITIONAL TEMPORARY WORKSPACE . . . . . . . . 0.11 AC.

THE INFORMATION SHOWN ON THIS DRAWING IS FROM FIELD SURVEY PERFORMED
BY CONSTITUTION PIPELINE COMPANY, LLC FOR THE SOLE PURPOSE OF CREATING
A RIGHT OF WAY ACQUISITION AND REPRESENTS THE CONDITIONS AS THEY EXIST
ON THE GROUND AS OF THE SURVEY.

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.050820

DATE: 9/10/14

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. |
|-----|------|-----|----------------------|----------|------|------|
| A | 12-02-13 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| B | 05-15-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| C | 08-08-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| D | 08-18-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 0 | 09-08-14 | GIE | APPROVED | 1110415 | | |

DRAWING NO. 26-03-70/0001-101

REFERENCE TITLE: ALIGNMENT SHEET

DRAWN BY: GIE    DATE: 11-21-13    ISSUED FOR BID:

CHECKED BY: VHB    DATE: 11-25-13    ISSUED FOR CONSTRUCTION:

APPROVED BY: DPS    DATE: 09-06-14

WO. NO.: 1110415

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
MICHAEL A. SODOMORA and MICHAEL P. SODOMORA
TOWN OF SUMMIT
SCHOHARIE COUNTY, NEW YORK

DRAWING NUMBER: 26-06-85/99.39-1-0

SCALE: 1"=300'

SHEET 1 OF 11

SCALE IN FEET: 0  300  600  900



MATCH LINE SEE SHEET 3 OF 11

℄ PROPOSED 30" NATURAL GAS PIPELINE

MICHAEL A. SODOMORA and
MICHAEL P. SODOMORA
L.L. NO. NY-SC-040.000
TAX PARCEL ID #
123-2-9

ARABIA RD.

25', 40' & 50' WIDE TEMPORARY WORKSPACE

10' WIDE TEMPORARY WORKSPACE #1

50' WIDE PERMANENT EASEMENT

GEORGE E. and GEORGIA A. GABRIELSEN
L.L. NO. NY-SC-035.001

NOTES:

1. APPROXIMATE TOTALS:

2. LENGTH OF PIPELINE . . . . . . . . . . . . . . . . . . . . . . . 1568.40'

   AREA OF PERMANENT RIGHT OF WAY . . . . . . . . . . . . . .1.80 AC.

   AREA OF TEMPORARY WORKSPACE . . . . . . . . . . . . . . . 1.73 AC.

   AREA OF ADDITIONAL TEMPORARY WORKSPACE . . . . . . . . . 0.11 AC.

THE INFORMATION SHOWN ON THIS DRAWING FROM FIELD SURVEY PERFORMED BY CONSTITUTION PIPELINE COMPANY, LLC FOR THE SOLE PURPOSE OF CREATING A RIGHT OF WAY ACQUISITION AND REPRESENTS THE CONDITIONS AS THEY EXIST ON THE GROUND AS OF THE SURVEY.

PART 1

| 0 | 100 | 200 | 300 |

SCALE IN FEET

NYSPLS LIC. NO. 050820
DONALD P. SCRE
MASER CONSULTING P.A.

| DRAWING NO. | REFERENCE TITLE |
|---|---|
| 26-03-70/0001-101 | ALIGNMENT SHEET |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
MICHAEL A. SODOMORA and MICHAEL P. SODOMORA
TOWN OF SUMMIT
SCHOHARIE COUNTY, NEW YORK

CONSTITUTION PIPELINE

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 05-15-14 | ISSUED FOR BID: | SCALE: 1"=100' |
|---|---|---|---|---|---|---|---|---|---|---|
| B | 05-15-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: MMC | DATE: 06-23-14 | ISSUED FOR CONSTRUCTION: | |
| C | 08-08-14 | GIE | REVISED — ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | | | | |
| D | 08-18-14 | GIE | REVISED — ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 09-06-14 | DRAWING NUMBER: 26-06-85/99.39-2-0 | SHEET 2 |
| 0 | 09-08-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | OF 11 |



MATCH LINE SEE SHEET 4 OF 11

MICHAEL A. SODOMORA and
MICHAEL P. SODOMORA
L.L. NO. NY-SC-040.000
TAX PARCEL ID #
123.-2-9

10' WIDE TEMPORARY
WORKSPACE #2

℄ PROPOSED 30" NATURAL
GAS PIPELINE

50' WIDE PERMANENT
EASEMENT

50'x100' ADDITIONAL TEMPORARY
WORKSPACE

25', 40' & 50' WIDE TEMPORARY
WORKSPACE

MATCH LINE SEE SHEET 2 OF 11

NOTES:

1. APPROXIMATE TOTALS:

2. LENGTH OF PIPELINE . . . . . . . . . . . . . . . . . . . . . . 1568.40'
   AREA OF PERMANENT RIGHT OF WAY . . . . . . . . . . . . . 1.80 AC.
   AREA OF TEMPORARY WORKSPACE . . . . . . . . . . . . . . 1.73 AC.
   AREA OF ADDITIONAL TEMPORARY WORKSPACE . . . . . . . . 0.11 AC.

THE INFORMATION SHOWN ON THIS DRAWING IS FROM FIELD SURVEY PERFORMED
BY CONSTITUTION PIPELINE COMPANY, LLC FOR THE SOLE PURPOSE OF CREATING
A RIGHT OF WAY ACQUISITION AND REPRESENTS THE CONDITIONS AS THEY EXIST
ON THE GROUND AS OF THE SURVEY.

PART 1

| 0 | 100 | 200 | 300 |

SCALE IN FEET

NYSPLS LIC. NO. 050820
DONALD P. SCHE
MASER CONSULTING P.A.

DATE:

| DRAWING NO. | REFERENCE TITLE | | CONSTITUTION PIPELINE COMPANY, LLC |
|---|---|---|---|
| 26-03-T0/0001-101 | ALIGNMENT SHEET | | PROPOSED 30" NATURAL GAS PIPELINE CROSSING PROPERTY OF MICHAEL A. SODOMORA and MICHAEL P. SODOMORA TOWN OF SUMMIT SCHOHARIE COUNTY, NEW YORK |

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 05-15-14 | ISSUED FOR BID: | | SCALE: 1"=100' |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 05-15-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: MAC | DATE: 06-23-14 | ISSUED FOR CONSTRUCTION: | | |
| C | 06-08-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: 9PS | DATE: 09-06-14 | DRAWING NUMBER: 26-06-85/99.39-3-0 | | SHEET 3 |
| D | 08-18-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | | | | | OF 11 |
| 0 | 09-06-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | | |

10:15:16 AM      9/6/2014
H:\_Jobs\1974\100 -- Constitution Pipeline\3 Pipeline\Condemnation\NY-SC-040.000-3_A.DWG



PETER M. DALAKER
L.L. NO. NY-SC-041.000

MICHAEL A. SODOMORA and
MICHAEL P. SODOMORA
L.L. NO. NY-SC-040.000
TAX PARCEL ID #
123.-2-9

50' WIDE PERMANENT
EASEMENT

℄ PROPOSED 30" NATURAL
GAS PIPELINE

10' WIDE TEMPORARY
WORKSPACE #2

25', 40' & 50' WIDE TEMPORARY
WORKSPACE

MATCH LINE SEE SHEET 3 OF 11

NOTES:

1. APPROXIMATE TOTALS:

2. LENGTH OF PIPELINE . . . . . . . . . . . . . . . . . . . . . 1568.40'

   AREA OF PERMANENT RIGHT OF WAY . . . . . . . . . . . . . 1.80 AC.

   AREA OF TEMPORARY WORKSPACE . . . . . . . . . 1.73 AC.

   AREA OF ADDITIONAL TEMPORARY WORKSPACE . . . . 0.11 AC.

THE INFORMATION SHOWN ON THIS DRAWING IS FROM FIELD SURVEY PERFORMED
BY CONSTITUTION PIPELINE COMPANY, LLC FOR THE SOLE PURPOSE OF CREATING
A RIGHT OF WAY ACQUISITION AND REPRESENTS THE CONDITIONS AS THEY EXIST
ON THE GROUND AS OF THE SURVEY.

NYSPLS LIC. NO. 050820                              DATE: 9/10/14
DONALD P. SCHELZ
MASER CONSULTING, P.A.

PART 1

0        100        200        300
SCALE IN FEET

| DRAWING NO. | REFERENCE TITLE | | | | CONSTITUTION PIPELINE COMPANY, LLC |
| 26-03-70/0001-101 | ALIGNMENT SHEET | | | | PROPOSED 30" NATURAL GAS PIPELINE |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
MICHAEL A. SODOMORA and MICHAEL P. SODOMORA
TOWN OF SUMMIT
SCHOHARIE COUNTY, NEW YORK

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 05-15-14 | ISSUED FOR BID: | SCALE: 1"=100' |
|---|---|---|---|---|---|---|---|---|---|---|
| B | 05-15-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: MAC | DATE: 06-23-14 | ISSUED FOR CONSTRUCTION: | |
| C | 08-08-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | | | | |
| D | 08-18-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 09-06-14 | DRAWING NUMBER: 26-06-85/99.39-4-0 | SHEET 4 |
| G | 09-06-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | OF 11 |

10:10:06 AM    9/6/2014
H:\_bim\1974\100 – Constitution Pipeline\3 Pipeline\Condemnation\NY-SC-040.000-4_G.DWG

¢ PROPOSED 30" NATURAL GAS PIPELINE (PART 1)

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 1–2 | N 03°59'33" W | 160.65' |
| 2–3 | N 10°36'20" W | 187.75' |
| 3–4 | N 00°38'39" W | 161.71' |
| 4–5 | N 08°35'05" E | 49.35' |
| 5–6 | N 17°48'50" E | 308.33' |
| 6–7 | N 22°46'46" E | 240.81' |
| 7–8 | N 08°35'36" E | 48.48' |
| 8–9 | N 03°48'54" W | 198.96' |

50' WIDE PERMANENT EASEMENT (PART 1)

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 10–11 | N 03°59'33" W | 206.46' |
| 11–12 | N 10°36'20" W | 188.48' |
| 12–13 | N 00°38'39" W | 165.90' |
| 13–14 | N 08°35'05" E | 53.39' |
| 14–15 | N 17°48'50" E | 311.43' |
| 15–16 | N 22°46'46" E | 238.78' |
| 16–17 | N 08°35'36" E | 42.65' |
| 17–18 | N 03°48'54" W | 215.78' |
| 18–19 | S 55°48'36" E | 63.46' |
| 19–20 | S 03°48'54" E | 182.14' |
| 20–21 | S 08°35'36" W | 54.30' |
| 21–22 | S 22°46'46" W | 242.83' |
| 22–23 | S 17°48'50" W | 305.23' |
| 23–24 | S 08°35'05" W | 45.32' |
| 24–25 | S 00°38'39" E | 157.51' |
| 25–26 | S 10°36'20" E | 187.01' |
| 26–27 | S 03°59'33" E | 114.84' |
| 27–10 | S 23°53'23" W | 106.92' |

10' WIDE TEMPORARY WORKSPACE #1

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 10–43 | S 23°53'23" W | 21.38' |
| 43–44 | N 03°59'33" W | 224.78' |
| 44–45 | N 10°36'20" W | 188.78' |
| 45–46 | N 00°38'39" W | 85.87' |
| 46–47 | N 89°21'21" E | 10.00' |
| 47–12 | S 00°38'39" E | 85.00' |
| 12–11 | S 10°36'20" E | 188.48' |
| 11–10 | S 03°59'33" E | 206.46' |

25', 40' & 50' WIDE TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 27–26 | N 03°59'33" W | 114.84' |
| 26–25 | N 10°36'20" W | 187.01' |
| 25–24 | N 00°38'39" W | 157.51' |
| 24–23 | N 08°35'05" E | 45.32' |
| 23–22 | N 17°48'50" E | 305.23' |
| 22–21 | N 22°46'46" E | 242.83' |
| 21–20 | N 08°35'36" E | 54.30' |
| 20–19 | N 03°48'54" W | 182.14' |
| 19–28 | S 55°48'36" E | 63.46' |
| 28–29 | S 03°48'54" E | 148.51' |
| 29–30 | S 08°35'36" W | 65.96' |
| 30–31 | S 22°46'46" W | 246.89' |
| 31–32 | S 17°48'50" W | 122.49' |
| 32–33 | N 72°11'10" W | 25.00' |
| 33–34 | S 17°48'50" W | 178.55' |
| 34–35 | S 08°35'05" W | 41.28" |
| 35–36 | S 00°38'39" E | 153.31' |
| 36–37 | S 10°36'20" E | 21.35' |
| 37–38 | N 79°23'40" E | 25.00' |
| 38–39 | S 10°36'20" E | 126.92' |
| 39–40 | S 79°23'40" W | 10.00' |
| 40–41 | S 10°36'20" E | 38.88' |
| 41–42 | S 03°59'33" E | 41.55' |
| 42–27 | S 23°53'23" W | 85.53' |

10' WIDE TEMPORARY WORKSPACE #2

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 48–49 | N 72°11'10" W | 10.00' |
| 49–50 | N 17°48'50" E | 308.24' |
| 50–51 | N 22°46'46" E | 237.97' |
| 51–52 | N 08°35'36" E | 40.32' |
| 52–53 | N 03°48'54" W | 222.50' |
| 53–18 | S 55°48'36" E | 12.69' |
| 18–17 | S 03°48'54" E | 215.78' |
| 17–16 | S 08°35'36" W | 42.65' |
| 16–15 | S 22°46'46" W | 238.78' |
| 15–48 | S 17°48'50" W | 307.81' |

50'x100' ADDITIONAL TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 67–68 | N 72°11'10" W | 50.00' |
| 68–31 | N 17°48'50" E | 91.08' |
| 31–69 | N 22°46'46" E | 8.93' |
| 69–70 | S 67°13'14" E | 50.00' |
| 70–71 | S 22°46'46" W | 6.76' |
| 71–67 | S 17°48'50" W | 88.91' |

PART 1

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

DATE: 9/10/14

STATE OF NEW YORK
DONALD PHILIP SCHEL
LAND SURVEYOR
050820

| DRAWING NO. | REFERENCE TITLE | | |
|---|---|---|---|
| 26-03-70/0001-101 | ALIGNMENT SHEET | | |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
MICHAEL A. SODOMORA and MICHAEL P. SODOMORA
TOWN OF SUMMIT
SCHOHARIE COUNTY, NEW YORK

CONSTITUTION PIPELINE

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 05-15-14 | ISSUED FOR BID: | SCALE: NONE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 05-15-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: MAC | DATE: 06-23-14 | ISSUED FOR CONSTRUCTION: | | |
| C | 06-08-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | | | | | |
| D | 06-18-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 09-06-14 | DRAWING NUMBER: 26-06-85/99.39-5-0 | SHEET 5 | |
| 0 | 09-06-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | OF 11 | |

10:10:33 AM   9/9/2014
H:\_Adm\1874\100 – Constitution Pipeline\3 Pipeline\Condemnation\NY-50-010.000-S_C.DWG

### DESCRIPTION FOR THE PROPOSED 50' PERMANENT EASEMENT
### ACROSS PROPERTY OF
### MICHAEL A. SODOMORA and MICHAEL P. SODOMORA
TAX PARCEL ID # 123.-2-9
DEED BOOK 969, PAGE 206
LOCATED IN TOWN OF SUMMIT
SCHOHARIE COUNTY, NEW YORK

Commencing at a point in the East boundary line of the aforementioned parcel, said point being the most Southeasterly corner and Point of Commencement; thence in a Northeasterly direction; N 23°53'23" E a distance of 138.17 feet to a point, said point being the Point of Beginning;

Thence, N 03°59'33" W a distance of 206.46 feet to a point;
Thence, N 10°36'20" W a distance of 188.48 feet to a point;
Thence, N 00°38'39" W a distance of 165.90 feet to a point;
Thence, N 08°35'05" E a distance of 53.39 feet to a point;
Thence, N 17°48'50" E a distance of 311.43 feet to a point;
Thence, N 22°46'46" E a distance of 238.78 feet to a point;
Thence, N 08°35'36" E a distance of 42.65 feet to a point;
Thence, N 03°48'54" E a distance of 215.78 feet to a point in the division line between the lands of Sodomora to the South and lands of Dalaker to the North;

Thence along said division line S 55°48'36" E a distance of 63.46 feet to a point;
Thence through the lands of Sodomora S 03°48'54" E a distance of 182.14 feet to a point;
Thence, S 08°35'36" W a distance of 54.30 feet to a point;
Thence, S 22°46'46" W a distance of 242.83 feet to a point;
Thence, S 17°48'50" W a distance of 305.23 feet to a point;
Thence, S 08°35'05" W a distance of 45.32 feet to a point;
Thence, S 00°38'39" E a distance of 157.51 feet to a point;
Thence, S 10°36'20" E a distance of 187.01 feet to a point;
Thence, S 03°59'33" E a distance of 114.84 feet to a point;
Thence, S 23°53'23" W a distance of 106.92 feet to the Point of Beginning containing 1.56 acres.

All this is more fully shown on Drawing No. 26–06–85/99.39–1 thru 11 entitled "Constitution Pipeline Company, LLC — Michael A. Sodomora and Michael P. Sodomora — Located in the Town of Summit — Schoharie County, New York " dated September 08, 2014.

### DESCRIPTION FOR THE PROPOSED 25', 40' & 50' TEMPORARY WORKSPACE

Beginning at a point in the South boundary line of the aforementioned parcel said point being located N 23°53'23" E a distance of 106.92 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 03°59'33" W a distance of 114.84 feet to a point;
Thence, N 10°36'20" W a distance of 187.01 feet to a point;
Thence, N 00°38'39" W a distance of 157.51 feet to a point;
Thence, N 08°35'05" E a distance of 45.32 feet to a point;
Thence, N 17°48'50" E a distance of 305.23 feet to a point;
Thence, N 22°46'46" E a distance of 242.83 feet to a point;
Thence, N 08°35'36" E a distance of 54.30 feet to a point;
Thence, N 03°48'54" W a distance of 182.14 feet to a point located in the division line between the lands of Sodomora to the South and lands of Dalaker to the North;

Continued on Sheet 7 OF 11

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

DATE: 9/10/14

PART 1

| | | | | | |
|---|---|---|---|---|---|
| DRAWING NO. | | | REFERENCE TITLE | | |
| 26-03-70/0001-101 | | | ALIGNMENT SHEET | | |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
MICHAEL A. SODOMORA and MICHAEL P. SODOMORA
TOWN OF SUMMIT
SCHOHARIE COUNTY, NEW YORK

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 05-15-14 | ISSUED FOR BID: | SCALE: NONE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 05-15-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: WAC | DATE: 06-23-14 | ISSUED FOR CONSTRUCTION: | | |
| C | 06-05-14 | GIE | REVISED — ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | | | | | |
| D | 06-16-14 | GIE | REVISED — ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 09-06-14 | DRAWING NUMBER 26-06-85/99.39-6-0 | | SHEET 6 |
| 0 | 09-06-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | | OF 11 |

### DESCRIPTION FOR THE PROPOSED 25', 40' & 50' TEMPORARY WORKSPACE

Continuing from Sheet 6 of 11.

Thence, along said division line; S 55°48'36" E a distance of 63.46 feet to a point;
Thence, through the lands of Sodomora; S 03°48'54" E a distance of 148.51 feet to a point;
Thence, S 08°35'36" W a distance of 65.96 feet to a point;
Thence, S 22°46'46" W a distance of 246.89 feet to a point;
Thence, S 17°48'50" W a distance of 122.49 feet to a point;
Thence, N 72°11'10" W a distance of 25.00 feet to a point;
Thence, S 17°48'50" W a distance of 178.55 feet to a point;
Thence, S 08°35'05" W a distance of 41.28 feet to a point;
Thence, S 00°38'39" E a distance of 153.31 feet to a point;
Thence, S 10°36'20" E a distance of 21.35 feet to a point;
Thence, N 79°23'40" E a distance of 25.00 feet to a point;
Thence, S 10°36'20" E a distance of 126.92 feet to a point;
Thence, S 79°23'40" W a distance of 10.00 feet to a point;
Thence, S 10°36'20" E a distance of 38.88 feet to a point;
Thence, S 03°59'33" E a distance of 41.55 feet to a point;
Thence, S 23°53'23" W a distance of 85.53 feet to the Point of Beginning containing 1.16 acres.

The 1.16 acres being part of the 1.73 acre total, as shown on Sheet 1 of 11, "Area of Temporary Workspace".

### DESCRIPTION FOR THE PROPOSED 10' TEMPORARY WORKSPACE #1

Beginning at a point in the South boundary line of the aforementioned parcel said point being the Point of Beginning for the Proposed 50' Permanent Easement;
Thence, S 23°53'23" W a distance of 21.38 feet to a point located in the division line between the lands of Sodomora to the South and the lands of Sodomora to the North;
Thence, N 03°59'33" W a distance of 224.78 feet to a point;
Thence, N 10°36'20" W a distance of 188.78 feet to a point;
Thence, N 00°38'39" W a distance of 85.87 feet to a point;
Thence, N 89°21'21" E a distance of 10.00 feet to a point;
Thence, S 00°38'39" E a distance of 85.00 feet to a point;
Thence, S 10°36'20" E a distance of 188.48 feet to a point;
Thence, S 03°59'33" E a distance of 206.46 feet to the Point of Beginning containing 0.11 acres.

The 0.11 acres being part of the 1.73 acre total, as shown on Sheet 1 of 11, "Area of Temporary Workspace".

NYSPLS LIC. NO. 050820
DONALD P. SCHE
MASER CONSULTING

DATE: 9/10/14

PART 1

| | | | | | |
|---|---|---|---|---|---|
| DRAWING NO. | REFERENCE TITLE | | | | |
| 26-03-70/0001-101 | ALIGNMENT SHEET | | | | |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
MICHAEL A. SODOMORA and MICHAEL P. SODOMORA
TOWN OF SUMMIT
SCHOHARIE COUNTY, NEW YORK

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 05-15-14 | ISSUED FOR BID: | | SCALE: NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 05-15-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: MAC | DATE: 06-23-14 | ISSUED FOR CONSTRUCTION: | | |
| C | 06-06-14 | GIE | REVISED — ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 09-06-14 | DRAWING NUMBER: 26-06-85/99.39-7-0 | | SHEET 7 |
| D | 06-16-14 | GIE | REVISED — ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | | | | | |
| 0 | 09-06-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | | OF 11 |

## DESCRIPTION FOR THE PROPOSED 10' TEMPORARY WORKSPACE #2

Beginning at a point located N 03°54'13" W a distance of 614.77 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 72°11'10" W a distance of 10.00 feet to a point;
Thence, N 17°48'50" E a distance of 308.24 feet to a point;
Thence, N 22°46'46" E a distance of 237.97 feet to a point;
Thence, N 08°35'36" E a distance of 40.32 feet to a point;
Thence, N 03°48'54" W a distance of 222.50 feet to a point;
Thence, S 55°48'36" E a distance of 12.69 feet to a point;
Thence, S 03°48'54" E a distance of 215.78 feet to a point;
Thence S 08°35'36" W a distance of 42.65 feet to a point;
Thence, S 22°46'46" W a distance of 238.78 feet to a point;
Thence, S 17°48'50" W a distance of 307.81 feet to the Point of Beginning containing 0.19 acres.

The 0.19 acres being part of the 1.73 acre total, as shown on Sheet 1 of 11, "Area of Temporay Workspace".

## DESCRIPTION FOR THE PROPOSED 50'x100' ADDITIONAL TEMPORARY WORKSPACE

Beginning at a point located N 12°09'58" E a distance of 787.36 feet from the Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 72°11'10" W a distance of 50.00 feet to a point; located within the lands of of Sodomora;

Thence, N 17°48'50" E a distance of 91.08 feet to a point;
Thence, N 22°46'46" E a distance of 8.93 feet to a point;
Thence, S 67°13'14" E a distance of 50.00 feet to a point;
Thence, S 22°46'46" W a distance of 6.76 feet to a point;
Thence, S 17°48'50" W a distance of 88.91 feet to Point of Beginning containing 0.11 acres.

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

DATE: 9/10/14

PART 1

| DRAWING NO. | | REFERENCE TITLE | | | CONSTITUTION PIPELINE COMPANY, LLC PROPOSED 30" NATURAL GAS PIPELINE CROSSING PROPERTY OF MICHAEL A. SODOMORA and MICHAEL P. SODOMORA TOWN OF SUMMIT SCHOHARIE COUNTY, NEW YORK | | |
|---|---|---|---|---|---|---|---|
| 26-03-T0/0001-101 | | ALIGNMENT SHEET | | | | | |

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 05-15-14 | ISSUED FOR BID: | | SCALE: NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 05-15-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: MAC | DATE: 06-23-14 | ISSUED FOR CONSTRUCTION: | | |
| C | 08-08-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | | | | | |
| D | 08-15-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 09-06-14 | DRAWING NUMBER: 26-06-85/99.39-8-0 | | SHEET 8 |
| 0 | 09-06-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | | OF 11 |



PETER M. DALAKER
L.L. NO. NY–SC–041.000

MICHAEL A. SODOMORA and
MICHAEL P. SODOMORA
L.L. NO. NY-SC-040.000
TAX PARCEL ID#
123.-2-9

50' WIDE TEMPORARY WORKSPACE

25'
25'
25'
50'

℄ PROPOSED 30" NATURAL
GAS PIPELINE

10' & 25' WIDE
TEMPORARY WORKSPACE

50' WIDE PERMANENT
EASEMENT

NOTES:

1. APPROXIMATE TOTALS:

2. LENGTH OF PIPELINE . . . . . . . . . . . . . . . . . . . . . . . 1568.40'
   AREA OF PERMANENT RIGHT OF WAY . . . . . . . . . . . . 1.80 AC.
   AREA OF TEMPORARY WORKSPACE . . . . . . . . . . . . . 1.73 AC.
   AREA OF ADDITIONAL TEMPORARY WORKSPACE . . . . . 0.11 AC.

THE INFORMATION SHOWN ON THIS DRAWING IS FROM FIELD SURVEY PERFORMED
BY CONSTITUTION PIPELINE COMPANY, LLC FOR THE SOLE PURPOSE OF CREATING
A RIGHT OF WAY ACQUISITION AND REPRESENTS THE CONDITIONS AS THEY EXIST
ON THE GROUND AS OF THE SURVEY.

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

DATE: 9/10/14

PART 2

0    100    200    300
SCALE IN FEET

| DRAWING NO. | REFERENCE TITLE | | |
|---|---|---|---|
| 26-03-TG/0001-101 | ALIGNMENT SHEET | | |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
MICHAEL A. SODOMORA and MICHAEL P. SODOMORA
TOWN OF SUMMIT
SCHOHARIE COUNTY, NEW YORK

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 05-15-14 | ISSUED FOR BID: | | SCALE: 1"=100' |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 05-15-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: MAC | DATE: 06-23-14 | ISSUED FOR CONSTRUCTION: | | |
| C | 08-08-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | | | | | |
| D | 08-18-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 09-06-14 | DRAWING NUMBER: 26-06-85/99.39-9-0 | | SHEET 9 |
| 0 | 09-06-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | | OF 11 |

10:08:13 AM          9/6/2014
H:\_hln\1574\100 – Constitution Pipeline\3 Pipeline\Condemnation\NY-30-040.000-0_C.DWG

℄ PROPOSED 30" NATURAL GAS PIPELINE (PART 2)

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 54-55 | N 03°48'54" W | 212.38' |

50' WIDE PERMANENT EASEMENT (PART 2)

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 59-56 | S 25°10'29" W | 103.17' |
| 56-57 | N 03°48'54" W | 273.51' |
| 57-58 | S 61°09'56" E | 59.38' |
| 58-59 | S 03°48'54" E | 151.24' |

50' WIDE TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 59-58 | N 03°48'54" W | 151.24' |
| 58-60 | S 61°09'56" E | 59.38' |
| 60-61 | S 03°48'54" E | 28.96' |
| 61-59 | S 25°10'29" W | 103.17' |

10' & 25' WIDE TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 56-62 | S 25°10'29" W | 27.46' |
| 62-63 | S 86°11'06" W | 11.69' |
| 63-64 | N 03°48'54" W | 295.63' |
| 64-65 | N 86°11'06" E | 15.00' |
| 65-66 | N 03°48'54" W | 8.31' |
| 66-57 | S 61°09'56" E | 11.88' |
| 57-56 | S 03°48'54" E | 273.51' |

STATE OF NEW YORK
DONALD PHILIP SCHEL

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A. 050820

LAND SURVEYOR

DATE: 9/10/14

PART 2

| REFERENCE TITLE | | CONSTITUTION PIPELINE COMPANY, LLC |
|---|---|---|
| DRAWING NO. 26-03-70/0001-101 | ALIGNMENT SHEET | PROPOSED 30" NATURAL GAS PIPELINE |
| | | CROSSING PROPERTY OF |
| | | MICHAEL A. SODOMORA and MICHAEL P. SODOMORA |
| | | TOWN OF SUMMIT |
| | | SCHOHARIE COUNTY, NEW YORK |

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 05-15-14 | ISSUED FOR BID: | SCALE: NONE |
|---|---|---|---|---|---|---|---|---|---|---|
| B | 05-15-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: MAC | DATE: 04-23-14 | ISSUED FOR CONSTRUCTION: | |
| C | 06-09-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 04-06-14 | DRAWING NUMBER: 26-06-85/99.39-10-0 | SHEET 10 |
| D | 08-18-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | | | | OF 11 |
| 0 | 09-09-14 | GIE | APPROVED | | | | WO: 1110415 | | | |

## DESCRIPTION FOR THE PROPOSED 50' PERMANENT EASEMENT
### ACROSS PROPERTY OF
### MICHAEL A. SODOMORA and MICHAEL P. SODOMORA
#### TAX PARCEL ID # 123.-2-9
#### DEED BOOK 989, PAGE 206
#### LOCATED IN TOWN OF SUMMIT
#### SCHOHARIE COUNTY, NEW YORK

Commencing at a point in the East boundary line of the aforementioned parcel, said point being the most Northeasterly corner and Point of Commencement; thence in a Southwesterly direction; S 25°10'29" W a distance of 127.60 a point, said point being the Point of Beginning;

Thence, S 25°10'29" W a distance of 103.17 feet to a point;

Thence, N 03°48'54" W a distance of 273.51 feet to a point located on the division line between the lands of Sodomora to the South and the lands of Dalaker to the North;

Thence, S 61°09'56" E a distance of 59.38 feet to a point;

Thence, S 03°48'54" E a distance of 151.24 feet to the Point of Beginning, containing 0.24 acres.

All this is more fully shown on Drawing No. 26-06-85/99.39-1 thru 11 entitled "Constitution Pipeline Company, LLC — Michael A. Sodomora and Michael P. Sodomora — Located in the Town of Summit — Schoharie County, New York " dated September 08, 2014.

## DESCRIPTION FOR THE PROPOSED 50' TEMPORARY WORKSPACE

Beginning at a point, said point being the Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 03°48'54" W a distance of 151.24 feet to a point located in the division line between the lands of Sodomora to the South and the lands of Dalaker to the North;

Thence, along said division line S 61°09'56" E a distance of 59.38 feet to a point;

Thence through the lands of Sodomora S 03°48'54" E a distance of 28.96 feet to a point;

Thence, S 25°10'29" W a distance of 103.17 feet to the Point of Beginning, containing 0.10 acres.

The 0.10 acres being part of the 1.73 acre total, as shown on Sheet 1 of 11 "Area of Temporary Workspace".

## DESCRIPTION FOR THE PROPOSED 10' & 25' TEMPORARY WORKSPACE

Beginning at a point located S 25°10'29" W a distance of 103.17 feet from the Point of Beginning for the Proposed 50' Permanent Easement;

Thence, S 25°10'29" W a distance of 27.46 feet to a point;

Thence, S 86°11'06" W a distance of 11.69 feet to a point;

Thence, N 03°48'54" W a distance of 295.63 feet to a point;

Thence, N 86°11'06" E a distance of 15.00 feet to a point;

Thence, N 03°48'54" W a distance of 8.31 feet to a point located in the division line between the lands of Sodomora to the South and the lands of Dalaker to the North;

Thence along said division line S 61°09'56" E a distance of 11.88 feet to a point;

Thence thorough the lands of Sodomora S 03°48'54" E a distance of 273.51 feet to the Point of Beginning, containing 0.17 acres.

The 0.17 acres being part of the 1.73 acre total, as shown on Sheet 1 of 11, "Area of Temporary Workspace".

NYSPLS LIC. NO. 050820
DONALD P. SCHELO
MASER CONSULTING P.A.

DATE: 9/10/14

PART 2

| DRAWING NO. | REFERENCE TITLE | | |
|---|---|---|---|
| 26-03-70/0001-101 | ALIGNMENT SHEET | | CONSTITUTION PIPELINE COMPANY, LLC |
| | | | PROPOSED 30" NATURAL GAS PIPELINE |
| | | | CROSSING PROPERTY OF |
| | | | MICHAEL A. SODOMORA and MICHAEL P. SODOMORA |
| | | | TOWN OF SUMMIT |
| | | | SCHOHARIE COUNTY, NEW YORK |



CONSTITUTION PIPELINE

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 05-15-14 | ISSUED FOR BID: | | SCALE: NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 05-15-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: MAC | DATE: 06-23-14 | ISSUED FOR CONSTRUCTION: | | |
| C | 06-09-14 | GIE | REVISED — ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 06-06-14 | DRAWING NUMBER: 26-06-85/99.39-11-0 | | SHEET 11 |
| D | 06-19-14 | GIE | REVISED — ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | | | | | OF 11 |
| 0 | 06-06-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | | |

10:47:18 AM    6/6/2014
N:\_bim\1874\100 — Constitution Pipeline\3 Pipeline\Condemnation\NY-60-040.000-11_0.DWG